# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SAMANTHA SCHREIBER,**

    **Plaintiff,**

**v.**                                  **Case No. 8:10-cv-2888-T-30AEP**

**PRIME LAKELAND PLAZA, LLC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Verified Motion for Attorneys' and Expert Fees, Litigation Expenses and Costs (Dkt. #12). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Verified Motion for Attorneys' and Expert Fees, Litigation Expenses and Costs (Dkt. #12) is GRANTED.

2. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $5,145.00, which represents attorneys' fees and costs.

3. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2888.judgment 12.frm